**DOUP v. STATE.  (No. 6050.)**

(Court of Criminal Appeals of Texas.  Jan. 12, 1921.)

Appeal from District Court, Wichita County; H. F. Weldon, Judge.

H. O. Doup was convicted of theft, and he appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was given two years in the penitentiary for theft. The record is before us without statement of facts or bill of exceptions. So far as we are able to see from the record, there was no error committed, and no question, in the absence of statement of facts and bills of exception, that requires discussion.

The judgment, therefore, will be affirmed.